# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2020

160358-9(80)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SAUGATUCK DUNES COASTAL
ALLIANCE,
            Plaintiff-Appellant,

v

SAUGATUCK TOWNSHIP, SAUGATUCK
TOWNSHIP ZONING BOARD OF APPEALS,
and NORTH SHORES OF SAUGATUCK, LLC,
            Defendants-Appellees.
_____/

SC: 160358; 160359
COA: 342588; 346677
Allegan CC: 17-058936-AA;
        18-059598-AA

On order of the Chief Justice, the motion of defendant-appellee North Shores of Saugatuck to extend the time for filings its supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before August 24, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2020



Clerk